Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY FABRICANT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**1ST MERCHANT FUNDING LLC, and DOES 1 through 10, inclusive, and each of them,**<br><br>Defendants. | Case No. 2:21-cv-07294-AB-JEM<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of

1  Dismissal will be forthcoming. This Court shall retain jurisdiction over this
2  matter until fully resolved.

     Respectfully submitted this 9th day of December, 2021.

                          By: s/Todd M. Friedman
                               TODD M. FRIEDMAN
                               Law Offices of Todd M. Friedman, P.C.
                               Attorney for Plaintiff

1 | Filed electronically on this 9th day of December, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Andre Birotte Jr.
United States District Court
Central District of California

This 9th day of December, 2021.

s/Todd M. Friedman
Todd M. Friedman